Fill in this information to identify the case:

Debtor 1 __Kimberly A. Stevenson__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __EASTERN__    District of __MISSOURI__
(State)

Case number __17-43861__

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. ROF II Legal Title Trust 2015-1, By U.S. Bank National Association, As Legal Title Trustee

**Court claim no. (if known)** 4

**Last four digits** of any number you use to identify the debtor's account: XXXXXX9463

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
- ⊠ No
- ☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | 7/3/2017, | (3) | $ 250.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 9/21/2017, 9/27/2017 | (5) | $ 650.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify: _____ | | (11) | $ _____ |
| 12. | Other. Specify: _____ | | (12) | $ _____ |
| 13. | Other. Specify: _____ | | (13) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Kimberly A. Stevenson | | Case number (*if known*) | 17-43861 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/John D. Schlotter          Date  11/3/2017
   Signature

Print:  John        D.        Schlotter          Title  Authorized Agent
        First Name  Middle Name  Last Name

Company  McCalla Raymer Leibert Pierce, LLC, authorized agent for U.S. ROF II Legal Title Trust 2015-1, By U.S. Bank National Association, As Legal Title Trustee

Address  1544 Old Alabama Road
         Number      Street
         Roswell              GA         30076
         City                 State      ZIP Code

Contact phone  678-281-6453          Email  John.Schlotter@mccalla.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

**In re:**                                )
                                          )   **Case No.** 17-43861
Kimberly A. Stevenson                     )   **Chapter** 13
                                          )
                                          )   **JUDGE:** Barry S. Schermer
                                          )

### EXHIBIT B

ITEMIZATION OF CLAIM

- Attorney fees:                                                                $250.00

    | | | |
    |---|---|---|
    | 07/03/2017 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $250.00 |

- Bankruptcy/Proof of Claim Fees:                                               $650.00

    | | | |
    |---|---|---|
    | 09/21/2017 | Preparation of the POC 410A History | $250.00 |
    | 09/27/2017 | Preparation and Filing of Proof of Claim | $400.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                           **$900.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | |
|---|---|
| In Re: Kimberly A. Stevenson | Bankruptcy Case No.: 17-43861 |
| | Chapter: 13 |

## CERTIFICATE OF SERVICE

I, John D. Schlotter, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Postpetition Mortgage Fees, Expenses, and Charges filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Kimberly A. Stevenson
9601 Rockman Court
Rock Hill, MO 63119

Kimber Houpt Baro                           (*served via ECF Notification*)
Baro Law Firm
1605 N. Lindbergh Blvd
Florissant, MO 63031

Diana S. Daugherty, Trustee                 (*served via ECF Notification*)
P. O. Box 430908
St. Louis, MO 63143

Office of US Trustee                         (*served via ECF Notification*)
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: _____11/3/2017_____  By:  _/s/John D. Schlotter_____
                  (date)                John D. Schlotter
                                        Authorized Agent for U.S. ROF II Legal Title Trust
                                        2015-1, By U.S. Bank National Association, As Legal
                                        Title Trustee