**Fill in this information to identify the case:**

Debtor 1: Kimberly A. Stevenson

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Missouri
(State)

Case number: 17-43861

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, et al.

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 1 5 2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | 02/17/18, 03/17/18, 04/17/18 & 06/17/18 | (1) | $ 253.12 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | See Attached | (4) | $ 125.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

| Debtor 1 | Kimberly A. Stevenson | Case number (if known) | 17-43861 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Megan M. Lynch
Signature

Date 07/13/2018

Print: Megan M. Lynch
First Name  Middle Name  Last Name

Title: Bankruptcy Asset Manager

Company: SN Servicing Corporation

Address: 323 5th Street
Number  Street
Eureka  CA  95501
City  State  ZIP Code

Contact phone: 800 603 0836

Email: bknotices@snsc.com

## Law Offices of Michelle Ghidotti

1920 Old Tustin Avenue
Santa Ana, CA 92705
Phone No.: (949) 427-2738
Fax: (949) 427-2732
Federal Tax ID: 45-5433295

Statement as of 4/24/2018
Statement no 13792

**SN Servicing Corporation**
**Marianne Larkin**
**323 Fifth Street**
**Eureka, CA 95501**

1301-3753 / Stevenson, Tyrone & Kimberly

1301-3753: Stevenson, Tyrone & Kimberly

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/12/2018 LDA | Flat Fee-Payment Change Notice. |  | 0.00 | 0.00 | 125.00 |
|  |  | Sub-total Fees: |  |  | $125.00 |

| | |
|---|---|
| Total Current Billing: | $125.00 |
| **Total Now Due:** | **$125.00** |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF HUMBOLDT

I, Megan M. Lynch, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 323 Fifth Street, Eureka, California 95501.

On July 13th 2018 I served the within a NOTICE OF POSTPETITION MORTGAGE, FEES, EXPENSES, AND CHARGES on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States mail at Eureka, California, addressed as follows:

**Kimberly A. Stevenson**
9601 Rockman Court
Rock Hill, MO 63119

**Diana S. Daugherty**
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

**Kimber Houpt Baro**
Baro Law Firm
1605 N. Lindbergh Blvd
Florissant, MO 63031

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 13th 2018 at Eureka, California.

/s/ Megan M. Lynch
Megan M. Lynch